**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

VIRGIN RECORDS AMERICA, INC.,
a California corporation;
MOTOWN RECORD COMPANY, L.P.,
a California limited partnership;
and UMG RECORDINGS, INC.,
a Delaware corporation,

    Plaintiffs,

v.                                    Case No.:  3:06cv552/MCR/EMT

SHEILA FIELDS,

    Defendant.
_____/

**DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

    Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

    1.    Plaintiffs' Application For Default Judgment By The Court is hereby granted.

    2.    Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the six sound recordings listed in Exhibit A to the Complaint.  Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Four Thousand Five Hundred Dollars ($4,500.00).

    3.    Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Four Hundred Twenty Dollars ($420.00).

    4.    Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Devil's Pie," on album "Voodoo," by artist "D'Angelo" (SR# 280-480);
- "Fire and Desire," on album "Street Songs," by artist "Rick James" (SR# 25-800);
- "Teardrops," on album "Throwin' Down," by artist "Rick James" (SR# 34-976);

Page 1 of  1

- "The Omen," on album "Flesh of My Flesh, Blood Of My Blood," by artist "DMX" (SR# 188-987);
- "Intro," on album "It's Dark And Hell Is Hot," by artist "DMX" (SR# 252-613);
- "Missing You," on album "Share My World," by artist "Mary J. Blige" (SR# 238-818);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

**DONE AND ORDERED** this 22nd day of February, 2007.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No.: 3:06cv552/MCR/EMT